Kassia Siegel (AK Bar No. 0106044)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
Email: ksiegel@biologicaldiversity.org

*Attorney for Plaintiff*
*Center for Biological Diversity*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, <br><br> Plaintiff, <br><br> v. <br><br> WILBUR ROSS, et al. <br><br> Defendants. | Case No. |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1:

I, the undersigned counsel of record for Plaintiff the Center for Biological Diversity, certify that the Center for Biological Diversity does not have any parent companies, subsidiaries or affiliates that have issued shares to the public.

Dated: June 13, 2019            Respectfully submitted,

                                /s/ Kassia Siegel
                                Kassia Siegel