# UNITED STATES DISTRICT COURT

# DISTRICT OF ALASKA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>                             Plaintiff(s),<br>      vs.<br>WILBUR ROSS, et al.<br><br>                            Defendant(s). | Case No.<br><br>MOTION AND APPLICATION OF NON-ELIGIBLE ATTORNEY FOR PERMISSION TO APPEAR AND PARTICIPATE IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA |

To the Honorable Judge of the above-entitled court:

I, Emily Jeffers                     , hereby apply for permission to appear and
   (name)
participate as counsel for Center for Biological Diversity         , plaintiff         ,
                          (Name of party)                       (plaintiff/defendant)
in the above-entitled cause pursuant to Rule 83.1 (d) of the Local Rules for the United States District Court, District of Alaska.

I hereby apply for permission to appear and participate as counsel WITHOUT ASSOCIATION of local counsel because [check whichever of the following boxes apply, if any]:

☒ I am a registered participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ I have concurrently herewith submitted an application to the Clerk of the Court for registration as a participant in the CM/ECF System for the District of Alaska and consent to service by electronic means through the court's CM/ECF System.

☐ For the reasons set forth in the attached memorandum.

## OR

I hereby designate Kassia Siegel, a member of the Bar of this court,
(Name)
who maintains an office at the place within the district, with whom the court and opposing counsel may readily communicate regarding conduct of this case.

DATE: June 12, 2019

_____
(Signature)
Emily Jeffers
(Printed Name)

1212 Broadway, Suite 800
(Address)

Oakland, CA 94612
(City/State/Zip)

(510) 844-7109
(Telephone Number)

ejeffers@biologicaldiversity.org
(e-mail address)

## Consent of Local Counsel*

I hereby consent to the granting of the foregoing application.

DATE: June 12, 2019

_____
(Signature)

Kassia Siegel
(Printed Name)

1212 Broadway, Suite 800
(Address)

Oakland, CA 94612
(City, State, Zip)

(510) 844-7100
(Telephone)

(*Member of the Bar of the United States District Court for the District of Alaska)

DECLARATION OF NON-ELIGIBLE ATTORNEY

Full Name: Emily Suzanne Jeffers

Business Address: 1212 Broadway, Suite 800 , Oakland, CA 94612
(Mailing/Street) (City, State, ZIP)

Residence: 1325 Parker St. , Berkeley, CA 94702
(Mailing/Street) (City, State, ZIP)

Business Telephone: (510) 844-7109   e-mail address: ejeffers@biologicaldiversity.or

Other Names/Aliases:

Jurisdictions to Which Admitted and year of Admission:

| Jurisdiction | Address | Year |
|---|---|---|
| State Bar of California | 350 McAllister St., San Francisco, CA 94102 | 2010 |
| N.D. Cal. | 450 Golden Gate Ave., San Francisco, CA 94102 | 2012 |
| 9th Circuit Court of Appeals | P.O. Box 193939, San Francisco, CA 94110 | 2013 |
| C.D. Cal. | 255 East Temple St., Los Angeles, CA 90012 | 2017 |

Are you the subject of any pending disciplinary proceeding in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

Have you ever been suspended from practice or disbarred in any jurisdiction to which admitted?

Yes ☐   No ☒  (If Yes, provide details on a separate attached sheet)

In accordance with D.AK. LR 83.1(d)(4)[A](vi), I certify I have read the District of Alaska local rules by visiting the court's website at http://www.akd.uscourts.gov and understand that the practices and procedures of this court may differ from the practices and procedures in the courts to which I am regularly admitted.

A Certificate of Good Standing from a jurisdiction to which I have been admitted is attached.

Pursuant to 28 U.S.C. §1746, I hereby declare under penalty of perjury that the foregoing information is true, correct, and accurate.

Dated: June 12, 2019

_____
(Signature of Applicant)