**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA**

|  |  |  |
|---|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 3:19-cv-00165-JWS |
| v. | ) ) ) | |
| WILBUR ROSS, in his official capacity as Secretary of Commerce, et al., | ) ) ) ) | **STIPULATED AMENDMENT TO SETTLEMENT AGREEMENT AND [PROPOSED] ORDER** |
| Defendants. | ) | |

Pursuant to paragraph 4 of the November 25, 2019 Stipulated Settlement Agreement ("Agreement") entered into by the parties and approved by the Court, ECF Nos. 15 and 16, Plaintiff the Center for Biological Diversity ("Plaintiff") and Wilbur Ross, in his official capacity as Secretary of the United States Department of Commerce, Chris Oliver, in his official capacity as Assistant Administrator, National Oceanic and Atmospheric Administration Fisheries, and the National Marine Fisheries Service ("NMFS") (collectively, "Defendants"), stipulate to an extension of the September 15, 2020 and September 15, 2021 due dates in paragraphs 1 and 2 of the Agreement. Defendants state that they need additional time to meet their obligations under the Agreement due to unexpected delay in agency review, and Plaintiff is amenable to the requested extension of the dates. Accordingly, the parties stipulate as follows:

  1.  On or before March 15, 2021, NMFS shall submit to the Federal Register for publication proposed determinations concerning the designation of critical habitat for the Arctic

subspecies of the ringed seal and the Beringia distinct population segment ("DPS") of the bearded seal, and if NMFS determines to propose critical habitat, NMFS shall submit for publication in the Federal Register proposed critical habitat rules on that same date;

2. On or before March 15, 2022, to the extent NMFS has published a proposed rule to designate critical habitat pursuant to the preceding paragraph, NMFS shall submit to the Federal Register for publication final determinations concerning the designation of critical habitat for the Arctic subspecies of the ringed seal and the Beringia DPS of the bearded seal;

3. All other provisions of the Agreement remain in effect, including the provisions of paragraph 3 that the applicable deadlines will be extended by thirty (30) days in the event that interagency review of any proposed rule and/or final rule in accordance with Executive Order 12866 exceeds ninety days.

DATED: September 14, 2020.

    Respectfully submitted,

    JEAN E. WILLIAMS, Deputy Assistant Attorney General
    SETH M. BARSKY, Section Chief
    MEREDITH L. FLAX, Assistant Section Chief

    */s/ Clifford E. Stevens, Jr.*
    CLIFFORD E. STEVENS, JR.
    Senior Trial Attorney (DC Bar # 34394)
    U.S. Department of Justice
    Environment and Natural Resources Division
    Wildlife and Marine Resources Section
    Ben Franklin Station, P.O. Box 7611
    Washington, D.C. 20044-7611
    Telephone: (202) 307-6623
    Fax: (202) 305-0275
    Email: clifford.stevens@usdoj.gov

    *Of Counsel*:
    JOHN FONSTAD
    Assistant U.S. Attorney
    United States Attorney's Office – District of Alaska

Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-2344
Email: John.Fonstad@usdoj.gov

Attorneys for Defendants


*/s/ Emily Jeffers*
Kassia Siegel (AK Bar No. 0106044)
Emily Jeffers (Pro hac vice)
CENTER FOR BIOLOGICAL DIVERSITY
1212 Broadway, Suite 800
Oakland, CA 94612
Phone: (510) 844-7100
Facsimile: (510) 844-7150
ksiegel@biologicaldiversity.org
ejeffers@biologicaldiversity.org


Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2020, I electronically filed the foregoing stipulation with the Clerk of the Court using the CM/ECF system, which will send notification of this filing to the attorneys of record.

/s/ *Clifford E. Stevens, Jr.*